THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN A. TOOMEY, Respondent, v. RICHARD HEATH and Others, Composing the Civil Service Commission of the City of Lackawanna, Appellants.— Final order and order denying motion for new trial affirmed, with costs.    All concur.

MILTON J. WHITFORD, Respondent, v. TOWN OF ONONDAGA, Appellant.— Judgment and order affirmed, with costs.    All concur, except Kruse, P. J., and Clark, J., who dissent solely upon the ground that in view of the theory upon which the case was submitted, the finding of the jury on the question of notice to the town superintendent of highways, of the presence of the loose stone that occasioned the accident, and the superintendent's negligence in failing to remove it, is unsupported by the evidence; but otherwise concur.

CHARLES C. HOPKINS, Respondent, v. LINCOLN TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, upon the opinion of Sawyer, J., delivered at Special Term.    [Reported in 115 Misc. Rep. 257.]    All concur.

In the Matter of Proving the Last Will and Testament of THOMAS RYAN, Deceased.    THOMAS H. WARD, as Executor, etc., and Another, Appellants; JOHN H. WALRATH and Others, as Executors, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements.    All concur.

CAESAR A. TRONOLONE, Doing Business under the Assumed Name, etc., Respondent, v. B. C. WINCHELL, Whose First Name Is Unknown, Appellant, Impleaded with Another.— It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, the said appeal is transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 618 of the Civil Practice Act.    Davis, J., not sitting.

UNITED STATES MORTGAGE AND TRUST COMPANY, as Trustee, etc., Plaintiff, v. SYRACUSE, LAKESIDE AND BALDWINSVILLE RAILWAY and Others, Defendants.    LOUIS HOUSE, Appellant; SYRACUSE CONSTRUCTION COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements.    All concur.

DANIEL O. QUINLAN, Respondent, v. MARY B. NORTON, Appellant.— Judgment affirmed, with costs.    All concur.

FRED A. PARKER, as Trustee in Bankruptcy of SOL N. LEANDER, Appellant, v. ANNA W. LEANDER and Another, Respondents.— Interlocutory judgment affirmed, with costs.    Finding of fact No. 11 and plaintiff's request to find No. 11, as found by the court, having been made through inadvertence and contrary to the proof, are amended so as to read as follows:    " That at all times since the purchase of said Castle Street property by said Sol N. Leander, until the conveyance thereof to his wife and son August 27th, 1914, the said Sol N. Leander has been the sole owner thereof."    All concur.